# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEED BROADNAX | : | CIVIL ACTION |
| v. | : | |
| ARNOLD'S OFFICE FURNITURE | : | NO. 21-cv-4489 |

**O R D E R**

AND NOW this 26th day of January 2022, it is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled for <u>March 10, 2022 at 2**:**00 p.m</u>. All parties necessary to settle the case or delegate(s) with full authority must attend this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE